No. 98–6620. PARKS *v.* O'DEA, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–6624. MCCALL *v.* SOUTH CAROLINA. C. A. 4th Cir. Certiorari denied.

No. 98–6636. RAMIREZ *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–6641. LOVE *v.* TOWN OF LAKE PROVIDENCE, LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–6652. CHUNG YEE CHOI *v.* ROSS, SUPERINTENDENT, ARTHUR KILL CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 98–6659. ALBERTS *v.* SHILLINGER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–6660. BURGESS *v.* KITZHABER, GOVERNOR OF OREGON. Sup. Ct. Ore. Certiorari denied.

No. 98–6661. BANKS *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 98–6664. YARBROUGH *v.* CITY OF KINGFISHER ET AL. C. A. 10th Cir. Certiorari denied.

No. 98–6666. KELLY *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 98–6673. CLEMONS *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 98–6683. DRAUS *v.* TOWN OF HOULTON, MAINE, ET AL. C. A. 1st Cir. Certiorari denied.

No. 98–6691. SCHAFFER *v.* KOENIG. C. A. 3d Cir. Certiorari denied.

No. 98–6692. RANSON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.